TRUMBULL v. LOWE. (Circuit Court of Appeals, Eighth Circuit. September 14, 1897.) No. 876. In Error to the Circuit Court of the United States for

the District of Colorado. Henry W. Hobson and Elmer E. Whitted, for plaintiff in error. Charles J. Hughes, Jr., and Tyson S. Dines, for defendant in error. Dismissed, with costs, pursuant to stipulation of parties.